UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

PAUL ALBA, JR., )
 )
    Plaintiff, ) Civil Action No. 7:10-CV-040-KSF
 )
V. )
 ) **JUDGMENT**
MR. L. RIVERA, *et al.*, )
 )
    Defendants. )

\*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of the Defendants: (1) Delbert G. Sauers, Bureau of Prisons Designation and Sentence Computation Center; (2) Ayanna Brown, U.S. Department of Justice, Special Litigation Section, Civil Rights Division; (3) "L." Rivera, Case Manager, United States Penitentiary-Big Sandy ("USP-Big Sandy"); (4) "H." Chance, Unit Manager, USP-Big Sandy; (5) H. A. Rios, Warden, USP-Big Sandy; (6) "J." Link, Special Investigative Administrator, USP-Big Sandy; and (7) "K." Williams, Special Investigative Supervisor, USP-Big Sandy.

(2) This is a **FINAL** Judgment and there is no just cause for delay.

(3) The Court **CERTIFIES** that any appeal would not be taken in good faith.

(4)     This matter **IS STRICKEN** from the Court's active docket.

This November 2, 2010.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge